IN THE UNITED STATES DISTRICT COURT
FOR THE OF DELAWARE

| | | |
|---|---|---|
| ALTON CANNON | : | CIVIL ACTION |
| a/k/a Sharif Mozaar Mustafa El Bey | : | |
| | : | |
| vs. | : | |
| | : | |
| CHIEF JUDGE GREGORY M. SLEET | : | NO.  09-793-RK |

**MEMORANDUM**

**ROBERT F. KELLY, Sr. J.**                                                                 **DECEMBER 21, 2009**

        On December 11, 2009 we issued a Memorandum and Order dismissing this case as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

        On December 14, 2009 this Plaintiff filed a document that we are unable to characterize.  We would normally treat a document filed a short time after a decision as a Motion for Reconsideration, however, the document does not direct itself in anyway to the findings in our December 11, 2009 decision.  It is a rambling rehash of prior cases filed by this Plaintiff.  As far as I can determine after reading the document, it does not even request any form of relief.

        Therefore, under the authority of Rule of Civil Procedure 12(f)(1) we shall order the document struck from the record.

        We therefore enter the following Order.

IN THE UNITED STATES DISTRICT COURT
FOR THE OF DELAWARE

| | | |
|---|---|---|
| ALTON CANNON | : | CIVIL ACTION |
| a/k/a Sharif Mozaar Mustafa El Bey | : | |
| | : | |
| vs. | : | |
| | : | |
| CHIEF JUDGE GREGORY M. SLEET | : | NO. 09-793-RK |

**O R D E R**

**AND NOW,** this 21st day of December, 2009, Document 10, filed December 14, 2009, is hereby struck from the record.

This case shall remain **CLOSED.**

                                           BY THE COURT:

                                           /s/ Robert F. Kelly
                                           ROBERT F. KELLY
                                           SENIOR JUDGE